

# Fourth Court of Appeals
## San Antonio, Texas

October 21, 2015

Nos. 04-15-00493-CR & 04-15-00494-CR

La Quint **SULLIVAN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court Nos. 2015CR7177 & 2015CR2233
Honorable Steve Hilbig, Judge Presiding

**ORDER**

In accordance with this court's opinion issued this date, the appeals are DISMISSED for want of jurisdiction.

It is so **ORDERED** on October 21, 2015.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of October, 2015.

_____
Keith E. Hottle, Clerk